# United States District Court
## for the
## Southern District of Mississippi
## Report on Offender Under Supervision

Name of Offender: Leonard Levorn Davis                     Case Number: 1:03cr78WJG-001

Name of Sentencing Judicial Officer:     Walter J. Gex, III, United States Senior District Judge

Date of Original Sentence:     May 3, 2004

Original Offense:     Possession With Intent to Distribute Cocaine Hydrochloride, Criminal Forfeiture

Original Sentence:     37 months imprisonment (BOP), 5 years supervised release, employment condition, drug aftercare, $100.00 SA.

Type of Supervision:     Supervised Release          Date Supervision Commenced:     11-29-2005

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-compliance |
| --- | --- |
| Stand Cond #7 | On September 12, 2006, the offender provided a urine screen that tested positive for cocaine. |

U.S. Probation Officer Action:  No action is requested at this time. USPO will increase drug surveillance on the offender by placing him on color code for a period of 60 days.  Any further violations will be reported to the Court and other action may be requested.

                                                                           Respectfully submitted,

                                                              by     /s/ Douglas Petersen

Reviewed and Approved:                                     Douglas Petersen
                                                           U.S. Probation Officer
/s/ Lloyd M. Miller                                        Date: October 4, 2006
Lloyd M. Miller
Supervising U.S. Probation Officer

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[X]   No action; agree with recommendation of probation officer

                                                           *Walter J. Gex III*
                                                           Signature of Judicial Officer
                                                           October 4, 2006
                                                           Date